NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY REEVES (SUBSTITUTED FOR CORBY REEVES),**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7085

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1951, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The Secretary moves without opposition for leave to file a corrected brief that merely reorders the table of contents to conform to the text of the brief. Mary Reeves moves without opposition for a 60-day extension of time, until January 9, 2012, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

_DEC 0 9 2011_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq
Elizabeth M. Hosford, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2011

JAN HORBALY
CLERK